JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAHNI, | Case No.: CV13-01832 GAF (RZx) |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| DOWLING COLLEGE, DOWLING COLLEGE ENTERPRISE FOUNDATION, INC., DOWLING INSTITUTE and DOES 1 to 100, inclusive, | Filed Concurrently with Joint Stipulation |
| Defendants. | |

Based on the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between Plaintiff Michael Rahni and Defendants Dowling College, Dowling Institute, and Dowling College Enterprise Foundation, Inc. and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Joint Stipulation is approved.
2. The above-captioned case is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 10, 2014

_____
HON. GARY A. FEESS,
UNITED STATES DISTRICT COURT JUDGE